IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JAMAL WHITE | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Case No. 18-cv-00518 |
| | ) |
| CITY OF ST. LOUIS | ) |
| OFFICER ADAM FEAMAN, individually | ) |
| and officially, of the St. Louis Police | ) |
| Department | ) |
| DAN ISOM, officially and individually, | ) |
| Defendants. | |

## NOTICE OF APPEAL

Notice is hereby given that JAMAL WHITE, PLAINTIFF, hereby appeals to the UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT from the judgment and order Granting Defendants' Motion to Dismiss entered in this action on November 14, 2019. (ECF #131).

Dated: December 16, 2019

Signed: /s/ Daniel A. Dailey

Daniel A. Dailey, Esq. (*pro hac vice*)
***Chief Federal Litigation Counsel***

**Kingdom Litigators, Inc.**
**A Public Interest Law Firm**
3131 McKinney Blvd. Ste. 600
Dallas, TX 75204
p: (214)422-9350
f: (312) 277-3370
ddailey@kingdomlitigators.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2019, the foregoing was filed electronically with the Clerk of the Court to be served by operations of the Court's Electronic filing system.

/s/ Daniel A. Dailey