IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JAMAL WHITE | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 4:18-CV-00518 |
| | ) | |
| ADAM FEAMAN, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## PLAINTIFF'S MOTION FOR DISMISSAL

COMES NOW Plaintiff Jamal White, by and through his attorneys, The Legal Solution Group, LLC and Kingdom Litigators, Inc. and pursuant to Fed. R. Civ. P. 41(a)(2) moves the Court for an Order dismissing this cause against all defendants without prejudice.

Respectfully submitted,

The Legal Solution Group, LLC

By: Jermaine Wooten  59338 MO
Wootenjlaw1@aoL.com
4144 Lindell Suite 225
St. Louis, MO 63108
314-531-1708 Office


Daniel A. Dailey, Esq.
**Kingdom Litigators, Inc.**
**A Public Interest Law Firm**
166 W. Washington Ste. 275
Chicago, IL 60602
p: (312) 877-1611
f:  (312) 277-3370
ddailey@kingdomlitigators.com
IL Bar: 6312616

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 6, 2020 , the foregoing was filed electronically with the Clerk of the Court to be served by operations of the Court's Electronic filing  system.

/s/  Jermaine Wooten