# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| JAMAL WHITE | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 18-cv-00518 |
| | ) | |
| CITY OF ST. LOUIS | ) | |
| OFFICER ADAM FEAMAN, | ) | |
| individually and officially, of the St. | ) | |
| Louis Police Department | ) | |
| DAN ISOM, officially and individually | ) | |
| Defendants. | | |

## STIPULATION OF DISMISSAL

NOW comes Plaintiff Jamal White and Defendant Adam Feaman clarifying his previous filing under ECF #144 "Motion of Voluntary Dismissal" as a notice of pleading pursuant to Fed. R. Civ. Pr. 41 (a) (ii) "Stipulation of Dismissal" without prejudice, signed by all remaining parties.

Submitted: January 10, 2020

**Attorneys for Plaintiff Jamal White**
Signed: /s/ Daniel A. Dailey

Daniel A. Dailey, Esq.
**Kingdom Litigators, Inc.**
**A Public Interest Law Firm**
3131 McKinney Blvd. Ste. 600
Dallas, TX 75201
Office: (214) 422-9350
Fax:    (469)736-0022
Email: ddailey@kingdomlitigators.com

**Attorney for Attorney for Defendant Adam Feaman**

Signed: /s/ Brian P. Millikan

**Millikan Wright, LLC**
12180 Old Big Bend Rd
Kirkwood, MO 63122

314.621.0622 Office
866.640.0289 Fax

**CERTIFICATE OF SERVICE**

      I hereby certify that, January 10, 2020 the above Notice of Filing to respond was served on parties of record using the court's ECF filing system.

      <u>/s/ Daniel A. Dailey</u>